JOHN W. THOMSON, ESQ.,
Nevada State Bar No. 5802
THOMSON LAW PC
2900 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
Telephone: (702) 478-8282
Facsimile: (702) 541-9500
Email: johnwthomson@ymail.com
*Attorney for Plaintiff*
MICHAEL ALEXANDER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ALEXANDER,<br><br>     Plaintiff<br><br>vs.<br><br>COREY CHADWICK, an Individual;<br>DOE Individuals and ROE Entities 1-10.<br><br>     Defendant | CASE NO.: 2:22-cv-01084-CDS-NJK<br><br>**Order Approving STIPULATION/<br>JOINT MOTION TO EXTEND<br>BRIEFING SCHEDULE**<br><br>**[FIRST REQUEST]** |
| COREY CHADWICK,<br>     Counterclaimant<br><br>vs.<br><br>MICHAEL ALEXANDER,<br>     Counterdefendant | [ECF No. 55] |

COMES NOW, Plaintiff MICHAEL ALEXANDER (hereinafter "Mr. Alexander"), by and through his counsel, JOHN W. THOMSON, ESQ., and COREY CHADWICK (hereinafter "Mr. Chadwick"), by and through his counsel, KATHLEEN BLISS, ESQ., and ERNEST LEONARD, ESQ. (collectively the "Parties"), and hereby submit this Stipulation/Joint Motion to Extend briefing schedule as follows:

/ / /

WHEREAS, Defendant filed a Motion for Summary Judgment and Memorandum of Points and Authorities in Support thereof, on June 28, 2024.

WHEREAS, Plaintiff's deadline to file a response is July 19, 2024.

WHEREAS, Plaintiff serve notice of intent to serve subpoenas to third-parties to Defendant, and both counsel for defendant are currently out of the country, and Defendants counsel would like to review the same and allow for time to respond. As such, the Parties acknowledge the importance to extend the deadlines and allow time to work through discovery issues.

Good cause exists for this extension as the parties are diligently working through discovery and need to have all information available in order to prepare a responsive pleading to the Motion for Summary Judgment.

NOW THEREFORE, through their respective undersigned counsel,

IT IS HEREBY STIPULATED that the following deadlines shall be changed as follows:

Plaintiff's Deadline to file a responsive brief shall be changed from July 19, 2024, to July 29, 2024.

Defendant's Deadline to file a reply brief shall be changed from July 29, 2024, to August 12, 2024.

IT IS SO STIPULATED.

DATED this 19th day of July, 2024.

| THOMSON LAW PC | FRIEDMAN & FEIGER, L.L.P. |
|---|---|
| */s/ John W. Thomson* | */s/Ernest Leonard* |
| JOHN W. THOMSON, ESQ. | ERNEST W. LEONARD, ESQ. |
| Nevada Bar No. 5802 | 10734 Preston Road, Suite 300 |
| 2900 W. Horizon Ridge Pkwy, | Dallas TX 75252 |
| Suite 200 Henderson, NV 89052 | *Admitted Pro Hac Vice* |

(702) 478-8282  
*Attorney for Plaintiff,*  
*Michael Alexander*

*Attorneys for Defendant, Corey Chadwick*  
**KATHLEEN BLISS LAW, PLLC**  
KATHLEEN BLISS, ESQ.,  
Nevada Bar No., 7606  
1070 W. Horizon Ridge Pkwy, Suite 202  
Henderson, NV, 89012

## ORDER:

Based upon the foregoing stipulation by and between the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadlines will be extended as agreed by the parties herein, nunc pro tunc, to the date of their request.

_____  
Cristina D. Silva  
United States District Judge

Dated: July 26, 2024

*Respectfully Submitted by:*  
**THOMSON LAW PC**

/s/ John W. Thomson  
JOHN W. THOMSON, ESQ.  
Nevada Bar No. 5802  
2900 W. Horizon Ridge Pkwy,  
Suite 200 Henderson, NV 89052  
(702) 478-8282  
*Attorney for Plaintiff,*  
*Michael Alexander*