UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael Alexander,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>Corey Chadwick,<br><br>　　　　　Defendant | Case No. 2:22-cv-01084-CDS-NJK<br><br>**Order Striking Defendant's Motions for Partial Summary Judgment**<br><br>[ECF Nos. 50, 64] |

　　　Defendant Corey Chadwick filed a motion for partial summary judgment (ECF No. 50) and a corrected motion for partial summary judgment (ECF No. 64). Because the content of these two motions is virtually identical, I strike the original motion for partial summary judgment. I also strike the corrected version for failure to follow the local rules: "[e]xhibits and attachments must not be filed as part of the base document in the electronic filing system. They must be attached as separate files." LR IC 2-2(a)(3)(A). Chadwick has until September 4, 2024, to file a corrected motion for partial summary judgment that complies with the local rules. Alexander need not refile his opposition to the motion. The opposition at ECF No. 65 stands.

　　　Dated: August 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge