UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ALEXANDER, AN INDIVIDUAL,<br><br>PLAINTIFF,<br><br>VS.<br><br>COREY CHADWICK, AN INDIVIDUAL; DOE INDIVIDUALS AND ROE ENTITIES 1-10.<br><br>**DEFENDANT.** | CASE NO.: 2:22-CV-01084-CDS-NJK<br><br>JOINT STIPULATED CONFIDENTIALITY ORDER |
| COREY CHADWICK, AN INDIVIDUAL,<br><br>COUNTERCLAIMANT,<br><br>VS.<br><br>MICHAEL ALEXANDER, AN INDIVIDUAL,<br><br>COUNTERDEFENDANT. | |

The Court, having reviewed the pleadings and determined that this is a case involving confidential information and having been advised that the parties have stipulated to the entry of a confidentiality order, finds that entry of this Agreed Confidentiality Order is appropriate. It is therefore ORDERED that:

The parties have agreed to the following discovery exchange:

1. ~~The Amended Motion to Compel Discovery [DOC 71] (the "Motion") filed September 5, 2024, by Plaintiff Michael Alexander ("Alexander") is granted as follows:~~

   a. Defendant Corey Chadwick ("Chadwick") shall provide to Alexander's counsel of record and Alexander's expert witness(es) full legacy access to the Binance

1102005

account set up by Chadwick to receive and trade Alexander's Bitcoin pursuant to the Bitcoin Trading Agreement between the parties dated February 21, 2019; which includes providing the current login ID, password, and access to any verification methods required by Binance.

    b.    Chadwick shall provide read-only, not transactional, access to any and all cold-storage wallets and/or platform access to which the cryptocurrency was transferred from such Binance account; which includes providing the extended master public keys that allow analysis of the data on the wallets or platforms, including all content, addresses, transactions, dates and other pertinent information.

    c.    Chadwick shall provide read-only access to any private, non-custodial wallet or platform to which Chadwick sent Alexander's cryptocurrency referenced in the Agreement other than the 'cold storage wallet' referenced in (b) above, which includes providing the extended master public keys that allow analysis of the data on all wallets and platforms including all content, addresses, transactions, dates and other pertinent information.

    2.    Alexander's counsel of record shall provide the access information provided by Chadwick pursuant to this Order only to Mr. Nicholas Himonidis and his firm, Alexander's expert described in the Motion.

    3.    All information derived from the access information provided pursuant to this Order shall be treated as "Attorney's Eyes Only" as described herein below.

    4.    All information required to be treated as "Attorney's Eyes Only" under this Order shall only be received and reviewed by Alexander's counsel of record, Mr. Nicholas Himonidis, and his firm. Alexander's counsel of record shall also promptly provide such information to Chadwick's counsel of record.[1]

---

[1] The restrictions in this Order shall not apply to Chadwick, his counsel or any expert hired by him.

1102005

5. All information required to be treated as "Attorney's Eyes Only" under this Order shall be used solely for the purpose of preparation and trial of this litigation and for no other purpose whatsoever and shall not be disclosed to any person except in accordance with the terms hereof.

6. In the event that Alexander believes that any information required to be treated as "Attorney's Eyes Only" under this Order is not of a confidential nature appropriate for the restrictions of this Order, the parties will attempt to resolve the issues raised and stipulate in writing to designate such information as not subject to the restrictions of this Order; if no resolution can be reached by the parties, Alexander may seek an Order from this Court finding that such information is outside the scope of this Order.

7. Nothing in this Order shall prevent the parties, by written stipulation signed by the parties, to provide for exceptions to this Order.

8. ~~In the event a party wishes to use any information required to be treated as "Attorney's Eyes Only" under this Order in any affidavits, briefs, memoranda of law, or other Court in this litigation, such information used therein shall be filed under seal The Clerk of this Court is directed to maintain under seal all such documents filed under seal with the Court in this litigation. The Court shall determine procedures it deems appropriate for use of any such documents or information at trial or any evidentiary hearing.~* [See order issued concurrently herewith]

9. Within sixty (60) days after conclusion of this litigation and any appeal thereof, Alexander's counsel of record shall turn over to Chadwick's counsel of record all documents and copies of documents which are subject to this Order.

10. All Confidential Information subject to this Order, produced or exchanged in the course of this litigation, shall be used solely for the purpose of preparation and trial of this litigation and for no other purpose whatsoever, and shall not be disclosed to any person except in accordance with the terms hereof, unless required by Federal or State law, administrative proceeding, appeal or other order of a State or Federal court.

11. The documents and requested information shall be provided one week after this Agreed

1102005

Confidentiality Order has been signed by the Judge.

DATED this 25<u>th</u> day of September, 2024.

| Submitted by: | Approved as to form and content: |
|---|---|
| **FRIEDMAN & FIEGER, LLP** | **THOMSON LAW PC** |
| ERNEST W. LEONARD, ESQ. | JOHN W. THOMSON, ESQ., NSB 5802 |
| Admitted Pro Hac Vice | 2900 W. Horizon Ridge Pkwy, Suite 200 |
| 17304 Preston Road, Suite 300 | Henderson, NV 89052 |
| Dallas, TX 75252 | john@thomsonlawpc.com |
| AND | Attorney for Plaintiff Michael Alexander |
| **KATHLEEN BLISS LAW PLLC** | |
| KATHLEEN BLISS, ESQ., NSB 7606 | |
| 1070 W. Horizon Ridge Pkwy, Suite 202 | |
| Henderson, NV 89012 | |
| Attorneys for Defendant Corey Chadwick | |

IT IS SO ORDERED.

Dated: October 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1102005