# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Alexander,<br><br>        Plaintiff<br><br>v.<br><br>Corey Chadwick,<br><br>        Defendant | Case No. 2:22-cv-01084-CDS-NJK<br><br>**Order Setting Hearing on Plaintiff's Motion for Temporary Restraining Order**<br><br>[ECF No. 105] |

Plaintiff Michael Alexander moves, on an emergency basis, for a temporary restraining order and a preliminary and permanent injunction against defendant Corey Chadwick. ECF No. 105. In order to better resolve the issues raised in the motion, the parties must appear for a hearing on **May 1, 2025, at 10:00 a.m.** in LV Courtroom 6B. Alexander's expert witness, Nicholas Himonidis, must be in attendance and prepared to respond to questions from the court and parties regarding his February 7, 2025 report as to:

1. His methodology in evaluating the cryptocurrency held on platforms and in cold storage wallets currently in Chadwick's possession;
2. Discrepancies in his report regarding valuation of currencies, amount of currencies, and other issues raised in Chadwick's response to the emergency motion (ECF No. 107); and
3. Any other topic related to his report that may assist the court in resolving the pending motion.

Dated: April 11, 2025

                                                      _____
                                                      Cristina D. Silva
                                                      United States District Judge