UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL ALEXANDER,

    Plaintiff,

v.

UNICITY INTERNATIONAL, INC.,

    Defendant.

Case No. 2:22-cv-01084-CDS-NJK

**Order**

[Docket No. 127]

Pending before the Court is the parties' stipulation to continue the settlement conference set for July 29, 2025. Docket No. 127. Any request to change the date of the settlement conference, absent unexpected circumstances, must have been filed within 14 days of the issuance of the Court's order setting the settlement conference. Docket No. 125 at 1, n.1. The instant request was filed 35 days after the issuance of the Court's order. Docket No. 127. The parties seek relief based on Plaintiff's expert's ongoing analysis. Docket No. 127 at 2. This is not an unexpected circumstance. *See* Docket No. 126 (notice of compliance affirming that Defendant provided information to Plaintiff's expert on June 30, 2025).

Nonetheless, the Court **GRANTS** the parties' stipulation to continue the settlement conference. Docket No. 127. The settlement conference is hereby **CONTINUED** to 10:00 a.m. on October 28, 2025.[1] Settlement conference statements must be submitted by 3:00 p.m. on October 21, 2025. All other requirements set forth in the Court's order at Docket No. 125 continue to apply.

IT IS SO ORDERED.

Dated: July 23, 2025

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] The Court ordered that any request to change the settlement conference date "must include at least five alternative dates on which all required participants are available to attend the settlement conference." Docket No. 125 at 1, n.1. The parties failed to comply. *See* Docket No. 127.

1