UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ALEXANDER, an Individual,<br>               Plaintiff,<br><br>vs.<br><br>COREY CHADWICK, an Individual; DOE Individuals and ROE Entities 1-10.<br><br>               Defendant. | CASE NO.: 2:22-cv-01084-CDS-NJK<br><br>**ORDER GRANTING**<br>**STIPULATION/JOINT MOTION TO**<br>**EXTEND BRIEFING SCHEDULE** |
| COREY CHADWICK, an Individual,<br>               Counterclaimant<br><br>vs.<br><br>MICHAEL ALEXANDER, an Individual,<br>               Counterdefendant. | |

      COMES NOW, Plaintiff MICHAEL ALEXANDER (hereinafter "Mr. Alexander"), by and through his counsel, JOHN W. THOMSON, ESQ., and COREY CHADWICK (hereinafter "Mr. Chadwick"), by and through his counsel, KATHLEEN BLISS, ESQ., and ERNEST LEONARD, ESQ. (collectively the "Parties"), and hereby submit this Stipulation/Joint Motion to Extend briefing schedule as follows:

/ / /

1

WHEREAS, Defendant filed a <u>Motion to Deposit Cryptocurrency With Court</u> (Docket #130) on October 2, 2025.

WHEREAS, Plaintiff's deadline to file a response is October 16, 2025.

WHEREAS, Defendant filed a <u>Motion for Clarification Under Rule 54(b) and Memorandum of Points and Authorities regarding Order on Motion for Summary Judgment</u> (Docket #131).

WHEREAS, Plaintiff's deadline to file a response is October 17, 2025.

Good cause exists for this extension as Plaintiff's counsel has a family trip out of the country during the time the responses are due, and there is no prejudice for such a request.

NOW THEREFORE, through their respective undersigned counsel,

IT IS HEREBY STIPULATED that the following deadlines shall be changed as follows:

Plaintiff's Deadline to file a responsive brief to Defendant's <u>Motion to Deposit Cryptocurrency With Court</u> shall be changed from October 16, 2025, to October 23, 2025, with Chadwick's Reply due on October 30, 2025.

Defendant's Deadline to file a reply brief to <u>Defendant's Motion for Clarification Under Rule 54(b) and Memorandum of Points and Authorities regarding Order on Motion for Summary Judgment</u> shall be changed from October 17, 2025, to October 24, 2025, with Chadwick's Reply due on October 31, 2025.

IT IS SO STIPULATED.

**IT IS SO ORDERED**
Dated: October 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge