**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Michael Alexander,

Plaintiff and Counter-defendant

v.

Corey Chadwick,

Defendant and Counter-claimant

Case No. 2:22-cv-01084-CDS-NJK

**Order Requiring the Parties to File a Proposed Joint Pretrial Order**

There has been no activity in this action since my April 17, 2026 order granting in part defendant Corey Chadwick's motion for clarification. ECF No. 138. The parties appear to have abandoned further settlement negotiations before the magistrate judge, as no stipulation to reset the conference has been filed. ECF No. 136. And the deadlines set forth in the parties' scheduling order, ECF No. 101, also appear to have expired.

Accordingly, the parties are ordered to prepare and file a proposed joint pretrial order that complies with Local Rules 16-3 and 16-4 by November 23, 2026. The parties are also warned that the court may dismiss this action without further notice if the parties continue not to prosecute their claims. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte.").

Dated: October 22, 2026

______________________________
Cristina D. Silva
United States District Judge